■ NEAL DUNLEVY et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v YOUTH TRAVEL ASSOCIATES, INC., et al., Defendants, and NEW HARTFORD CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 2.) [608 NYS2d 134] —

Order unanimously reversed on the law without costs, motion granted and order dated March 13, 1992 amended in accordance with same Memorandum as in *Dunlevy v Youth Travel Assocs.* (199 AD2d 1046 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Resettlement.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.